IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ , D.C.

05 MAY 23 AM 9: 17

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>VS.<br><br>GEORGE COLEMAN,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)   NO. 02-CR20240-01<br>)<br>)<br>)<br>)<br>) |

## ORDER RETURNING PASSPORT

This cause came on to be heard on the written motion of the Defendant, George Coleman, without opposition by the Government, seeking return of Defendant Coleman's U. S. passport.

For good cause shown, the Court grants said motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Mr. George Coleman's passport be returned to him or his attorney immediately.

_____
Judge Bernice Donald

Date: May 20, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:02-CR-20240 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT